IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,　　　　　　　　　　　No. 2:12-cv-2952-GEB-EFB PS

    vs.

GENOVENA C. URENA,

    Defendant.　　　　　　　　　　<u>ORDER</u>
_____/

    On December 12, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

    1. The proposed Findings and Recommendations filed December 12, 2012, are ADOPTED; and

////

////

////

1

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of San Joaquin.

Dated: January 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge